# GOLDBERG, MILLER & RUBIN, P.C.
## ATTORNEYS AT LAW

CY GOLDBERG *†*
LORI C. MILLER *
JASON W. RUBIN *•
EAMON C. MERRIGAN *
RICHARD M. CASTAGNA *•
MATTHEW A. MORONEY *•
CLAIRE B. NEIGER *
KRISTINE MEINDL *
JOSEPH W. PETKA *
JILLIAN VUKSON *
WARREN D. HOLLAND *•
K. LUCILLE MOORE *
IAN T. KINGSLEY *•
J. COLIN SCHWARTZ *
JEFFREY E. TENTHOFF *
KAITLIN G.W. BUFFINGTON *
KIMBERLY E. DUTCH *
ERIN M. TRAIN *
MICHAEL J. CASPER °
DANA M. KOOS •

* Admitted PA Bar
• Admitted PA & NJ Bars
† Admitted MN Bar
° Admitted NY Bar

THE NORTH AMERICAN BUILDING
121 SOUTH BROAD STREET
SUITE 1500
PHILADELPHIA, PA 19107

(215) 735-3994
(215) 735-1133 (FAX)

466 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444
(610) 828-5030

20 BRACE ROAD
SUITE 350
CHERRYHILL, NJ 08034
(856) 857-9430
☐ Respond to Philadelphia Office

300 MT. LEBANON BLVD.
SUITE 212
PITTSBURGH, PA 15234
☐ Respond to Philadelphia Office

114 OLD COUNTRY ROAD
SUITE 500
MINEOLA, NY 11501
☐ Respond to Philadelphia Office

136 MADISON AVENUE
6TH FLOOR
NEW YORK, NY 10016
☐ Respond to Philadelphia Office

April 9, 2013

**VIA FACSIMILE (267-299-5069)**
Honorable Paul S. Diamond
United States District Court, Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1714

      Re:    Fulmer, Vernon, et al. v. Porter, Steven
             Docket Number: 12-3821
             Our File Number: SF.05889

Dear Judge Diamond:

    Please be advised that the above matter has settled.

    Should you have any questions, please feel free to contact me.

                        Respectfully submitted,

                        KRISTINE MEINDL

KM/tp

cc:    Steven Wolfe, Esquire (via facsimile 215-322-9610)